C. J. MOZZOCHI *v.* WILLIAM ROGERS ET AL.
(13119)

DUPONT, C. J., and O'CONNELL and FOTI, Js.
Argued January 3—decision released January 31, 1995

*C. J. Mozzochi,* pro se, the appellant (plaintiff).

*Mark R. Kravitz,* with whom was *Eric Neff,* for the appellees (defendant Victor Perpetua et al.).

PER CURIAM. The judgment is affirmed.